United States Bankruptcy Court
District of Massachusetts

**IN RE:**                                                          Case No. _____

Formatech, Inc _____    Chapter 11 _____
                              Debtor(s)

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

I [We] Indu S. Javeri _____ and _____, hereby
declare(s) under penalty of perjury that all of the information contained in my petition, schedules & statements ✗
(singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be
filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure
to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied,
without further notice. ✗ *Voluntary petition, verification of Creditor matrix, Creditor matrix*
*& resolution of the board of Directors.*

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(b) all paper documents
containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property
of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after
the closing of this case.

Dated:  *8/12/11* _____        Signed: _____*Indu Javeri*_____
                                                 Affiant

                                        Signed: _____
                                                 Joint Affiant

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and
this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and
standing order. This DECLARATION is based on all information of which I have knowledge and my signature below
constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the
provisions of MEFR 7.

Dated:  *8/12/11* _____        Signed: ____*Barry C. Richmond*_____
                                                 Attorney for Affiant
                                                 Barry C. Richmond 419360
                                                 Law Office of Barry C. Richmond
                                                 210 Washington Street
                                                 Woburn, MA 01801
                                                 (781) 935-2143
                                                 richmondlaw@hotmail.com

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Formatech, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **04-3187044** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**200 Bulfinch Drive**<br>**Andover, MA**　　　　　　　　ZIPCODE **01810** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>　　　　　　　　ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address)<br><br>　　　　　　　　ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>　　　　　　　　ZIPCODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):
**200 Bulfinch Drive, Andover, MA**　　　　　　　　ZIPCODE **01810**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

Tax-Exempt Entity (Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Formatech, Inc** |
|---|---|

## Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.  X _____  Signature of Attorney for Debtor(s)                    Date |
|---|---|

## Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

## Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

## Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Formatech, Inc** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _Barry C. Richmond_ (signature)
Signature of Attorney for Debtor(s)

**Barry C. Richmond 419360**
Printed Name of Attorney for Debtor(s)

**Law Office of Barry C. Richmond**
Firm Name

**210 Washington Street**
Address

**Woburn, MA 01801**

**(781) 935-2143**
Telephone Number

**August 12, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Indu Javeri_ (signature)
Signature of Authorized Individual

**Indu S. Javeri**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 12, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
**District of Massachusetts**

IN RE:                                                    Case No. _____

__Formatech, Inc_____    Chapter **11**_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: __August 12, 2011_____    Signature: _/s/ Indu S. Javeri_____
                                                **Indu S. Javeri, President**                        Debtor


Date: _____    Signature: _____
                                                                                    Joint Debtor, if any

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ACME Dry Ice
100 Kirkland Street
Cambridge, MA  02138


Agilent Technologies
4187 Collections Center Drive
Chicago, IL  60693


Air Energy Inc
6 Norfolk Ave
Easton, MA  02375


Airgas East
PO Box 827049
Philadelphia, PA  19182


Ajax Building Cleaning Corp
20 Del Carmine Street #102
Wakefield, MA  01880


Alltech Associates Inc
4127 Collections Center Drive
Chicago, IL  60693


Alpha Mechanical Services
6 Kidder Road
Chelmsford, MA  01824


Arlington Floor Covering
100 Franklin Street
Lawrence, MA  01840


AT&T Mobility
PO Box 664091
Carol Stream, IL  60197

Avery, Stephanie
111 Exeter Street
Lawrence, MA  01843


B&D Consulting
300 N Meridian Street #2700
Indianapolis, IN  46266


Belfiore, Lisa
340 Broadway
Haverhill, MA  01832


Bellmores Transportation
One Corporate Park Drive, Unit 7
Derry, NH  03038


Benchmark Office Systems Inc
PO Box 274
Windham, NH  03087


Bernard, Jeffrey
17 Daniel Shays Rd
Hopkinton, MA  01748


Biocair
56 Roland Street
Boston, MA  02129


Biomerieux, Inc
PO Box 500308
St Louis, MO  63150


Blanchard, Matthew
160 Wallace Road
Bedford, NH  03110

Blue Cross Blue Shield Of MA
PO Box 371318
Pittsburg, PA   15250


Bob Beauregard Drywall Inc
182 Arlington Street
Dracut, MA   01826


BS&B Safety Systems
PO Box 973042
Dallas, TX   75397


Camargo Pharmaceutical Service
10151 Carver Road
Cincinnati, OH   45242


Carlos, Aida
202 River Rd
Andover, MA   01810


Carousel Industries
PO Box 849084
Boston, MA   02284


Casey. Joshua
34 Meetinghouse Rd
Windham, NH   03087


CDW Computer Centers, Inc
PO Box 75723
Chicago, IL   60675


Celsis Laboratory Group
PO Box 500796
St Louis, MO   63150

Cembrola, Robert
48 Barbara Jean Street
Grafton, MA   01519


Century Copier Specialists
PO Box 886
Plaistow, NH   03865


CEO Roundtable LLC
117 Bridle Path
North Andover, MA   01845


CERTCO Inc
16 Upton Drive
Wilmington, MA   01880


Charles River Laboratories
PO Box 27812
New York, NY   10087


Chemic Laboratories Inc
480 Neponset Street #7
Canton, MA   02021


Chi, Xianglan
135 Meadowview Rd
North Andover, MA   01845


Cisco Systems Capital CRP
PO Box 41602
Philadelphia, PA   19101


CIT Technology Fin Service, Inc
PO 33076
Newark, NJ   07188

Clement, Jeffrey
19 Kent Dr
Hudson, MA   01749


Coastal Calibration Labs Inc
500 West Cummings Park
Woburn, MA   01801


Cold-Stream Technologies
76 Bare Hill Road
Groveland, MA   01834


Cole-Palmer
13927 Collections Center Drive
Chicago, IL   60693


Columbia Gas Of Massachusetts
PO Box 742514
Cincinnati, OH   45274


Connor, Cheryl
21 Bannister Rd
Salem, NH   03079


Cordio, John
142 St Camille St
Fitchburg, MA   01420


Cote, Jim
42 Shady Ave
Westminster, MA   01473


Cozzoli Machine Company
50 Schoolhouse Road
Somerset, NJ   08873

CPA Global North America LLC
2318 Mill Road, 12th Floor
Alexandria, VA   22314

CSI Calibration
PO Box 187
Uxbridge, MA   01569

Danvers Industrial Packaging
20 Cherryhill Drive
Danvers, MA   01923

Dave's Machine LLC
1615 Shawsheen Street, Unit 8
Tewksbury, MA   01876

Day Associates Inc
1968 Lakeview Ave
Dracut, MA   01826

De Lage Landen Financial Services Inc
1111 Old Eagle School Road
Wayne, PA   19087

Dell Financial Services
PO Box 5292
Carol Stream, IL   60197

Dell Marketing LP
PO Box 643561
Pittsburg, PA   15264

Desjardins, Shanyn
33 Karine Lane
Manchester, NH   03109

Dickson
930 Southwest Wood Ave
Addison, IL  60101


DiGangi, Kathleen
334 Main Street
Medford, MA  02155


Doe & Ingalls
539 Keisler Drive, Ste 204
Cary, NC  27518


Dureault, Claudia
60 Weare Street
Lawrence, MA  01843


Eagle Leasing Company
PO Box 923
Orange, CT  06477


East Coast Validation Services
21 Hubbard Hill Road
Derry, NH  03038


ESSCO Calibration Laboratory
27 Industrial Avenue
Chelmsford, MA  01824


Evans, Raymond
23 Freshet Rd
Madbury, NH  03823


Federal Express
PO Box 371461
Pittsburg, PA  15250

FEDEX Custom Critical
PO Box 371627
Pittsburgh, PA  15251

Field, Jennifer
51 Dracut Street
Lawrence, MA  01843

Fisher Scientific
PO Box 3648
Boston, MA  02241

Foley Hoag LLP
155 Seaport Blvd
Boston, MA  02210

Frank I Rounds Company
PO Box 746
Randolph, MA  02368

Gelman Sciences Inc
PO Box 8500-1311
Philadelphia, PA  19178

Goel, Payal
9 Redcoat Rd
Bedford, MA  01730

Grainger
Dept 088-84975012
Palatine, IL  60038

Great America Leasing Corp
PO Box 660831
Dallas, TX  75266

Hach Company
2207 Collection Center Drive
Chicago, IL  60693


Hazmateam Inc
PO Box 751
Hampstead, NH  03841


Herbert, Donna
62 Cranberry Rd
Dracut, MA  01826


Highland Estates Coffee Trader
Po Box 91337
Chicago, IL  60693


Hinckley, Allen & Snyder
28 State Street
Boston, MA  02109


Home Depot Credit Services
Processing Center
Des Moines, IA  50364


Hyde, Joanne
85 Marbleridge Rd
North Andover, MA  01845


Industrial Labeling Systems
100 Business Park Drive
Tyngsboro, MA  01879


Intermediary Quality
14855 Carducci Court
Bonita Springs, FL  34135

Invitrogen
12088 Collections Center Drive
Chicago, IL  60693


Iron Mountain Off Site Data
PO Box 27129
New York, NY  10089


Iron Mountain Records Management
PO Box 27128
New York, NY  10087


Isaacs, Benjamin
31 Andover Country Club Rd
Andover, MA  01810


J.Y. Engineering Inc
39 Mary's Way
Stoughton, MA  02072


Javeri, Indu
31 Andover Country Club Rd
Andover, MA  01810


Jeff Yuen Associates Inc
PO Box 6026
Orange, CA  92863


Jones Day
12265 El Camino Real, Ste 200
San Diego, CA  92130


Kienan, Michael
23 Lancaster St
Leominster, MA  01453

Kleinfield, Kaplan & Becker
1140 Washington Street NW
Washington DC,      20036


Koloski, Paul
200 Middle Rd
Byfield, MA   01922


Lally, Tara
4 Elm Court
North Andover, MA   01845


Lancaster Laboratories Inc
13865 Collections Center Drive
Chicago, IL   60693


Landsman, Pavel
14 Foster Street
Brookline, MA   02446


Leaf Capital Funding LLC
2005 Market Street, 15th Fl
Philadelphia, PA   19103


Leaf Fund II
PO Box 64406
Cincinnati, OH   45264


Leaf Funding Inc
1818 Market Street
Philadelphia, PA   19103


Lighthouse Worldwide Solutions
46501 Landing Parkway
Fremont, CA   94538

MAC Mod Analytic Inc
PO Box 587
Chaddsford, PA   19317

Marlin Business Bank
PO Box 13604
Philadelphia, PA   19101

McAleer, Steven
6 Atlantic Rd
Windham, NH   03087

McIntosh, Shannon
20 Wellington St
Methuen, MA   01844

McMaster-Carr
PO Box 7690
Chicago, IL   60680

Mechanical Construction
75 Baystate Road
Lawrence, MA   01841

Mercedes Benz Credit
PO  Box 9001680
Louisville, KY   40290

Merrimac Industrial Sales
111 Neck Road
Haverhill, MA   01835

Mettler Toledo Thornton Inc
23699 Network Place
Chicago, IL   60673

MGCC
The Shrafft Center
529 Main Street, Ste 1M
Charlestown, MA  02129


Micro Measurement Labs Inc
1300 South Wolf Road
Wheeling, IL  60090


Micro Reliance LLC
PO Box 3548
Rock Hill, SC  29732


Microcheck Inc
PO Box 456
Northfield, VT  05663


Microfluidics
PO Box 9101
Newton, MA  02464


Millett, Bryan
2 Alan Rd
Hudson, MA  01749


Millipore Corporation
2736 Paysphere Circle
Chicago, IL  60674


Moran's Recycling LLC
18 Westshore Road
Windham, NH  03087


Morana, Jennifer
20 Ernie's Dr
Littleton, MA  01460

Morgan, Brown & Joy LLP
200 State Street
Boston, MA   02109


Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue
Washinton, DC,      20004


Morin, Brian
3 Chadwick St
Bradford, MA   01835


Nationalgrid
PO Box 11737
Newark, NJ   07101


Nellaiappan, Kaliappander
437 Bedford Street
Lexington, MA   02420


New England Foliage Co
PO Box 2575
Woburn, MA   01888


New England Security Shredders
5 Hampshire Street
Salem, NH   03079


Nicholson, James
100 Cottonwood Dr
Dracut, MA   01826


Noiles, Ray
40 Rutland ST
Dover, NH   03820

North Shore Printing
281 Main Street
North Reading, MA   01864

Omega Engineering Inc
PO Box 740496
Atlanta, GA   30374

One Source Environmental Testing
PO Box 64941
Burlington, VT   05406

Ozella, Deb
21 Henry Ave
Lowell, MA   01850

PAETEC
Po Box 1283
Buffalo, NY   14240

Parkhurst-Lang, Cherie
138 Canterbury Lane
Londonderry, NH   03053

Paul Vogel Consulting Services
3155 Caveat Court
Mount Airy, MD   21771

Paw Bioscience Products Inc
28 Eaton Road
Eatontown, NJ   07724

Pepper Hamilton LLP
899 Casatt Road
Berwyn, PA   19312

Perflex
32 Case Street
Poland, NY   13431


Post Office Locksmith Inc
130 Gorham Street
Lowell, MA   01852


REMEL
PO Box 96299
Chicago, IL   60693


Rivney, Ben
77 Dorcar Rd
Newton, MA   02459


Rodman Publishing
PO Box 29825
New York, NY   10087


Rolando Yap & Co
2175 Grand Traverse Street
Henderson, NV   89052


Romano, Carolanne
66 Ford Street
Methuen, MA   01844


Rosovsky, Raisa
181 Littleton Rd
Chelmsford, MA   01824


RREEF America Reit III Corp Z1
Po Box 9046
Addison, TX   75001

Salem Occupational And Acute
13 Red Roof Lane
Salem, NH   03079


Salois, Nicholas
1 Salem Street
Andover, MA   01810


Sargent & Associates
20A Chelmsford Street
Chelmsford, MA   01824


Schott North America Inc
PO Box 13260
Newark, NJ   07101


SciGro Inc
510 Charmany Drive
Madison, WI   53719


Sherman Williams
517 S. Broadway
Salem, NH   03079


Shone's Scientific Refrig.
202 Milton Street, Ste 101
Dedham, MA   02026


Siemens Industry Inc
PO Box 360766
Pittsburg, PA   15250


SIGMA-ALDRICH Inc
PO Box 535182
Atlant, GA   30353

Source Technologies
PO Box 890742
Charlotte, NC   28289


Soverign Bank
446 Main Street, 3rd Fl
Worcester, MA   01608


Spectrum Laboratory Products
File # 11990
Los Angeles, CA   90074


Sprint1
PO Box 219100
Kansas City, MO   64121


Stanley Covergent Security Sys
Dept Ch 10651
Palatine, IL   60055


Staples Advantage
PO Box 415256
Boston, MA   02241


Star Brite Cleaning Service
38 Montvale Ave, Ste 150
Stoneham, MA   02180


Stericycle Inc
PO Box 9001590
Louisville, KY   40290


Teledyne Instruments
Dept Ch 14122
Palatine, IL   60055

Terminix
PO Box 742592
Cincinnati, OH   45274

The Boston Globe
PO Box 41507
Boston, MA   02241

Thompson Publishing Group
PO Box 26185
Tampa, FL   33623

Thorne, Susan
15 Richardson Ave
North Andover, MA   01845

TJ Electric
33 Jefferson Road
Dracut, MA   01826

Tosoh Bioscience LLC
PO Box 712500
Cincinnati, OH   45271

Unifirst Corporation
8 Industrial Park Drive
Nashua, NH   03062

United Refridgeration Inc
PO Box 82-0100
Philadelphia, PA   19182

Unum Life Insurance
PO Box 406990
Atlanta, GA   30384

Veolia Environmental Services
PO Box 73709
Chicago, IL   60673

Veramark Technologies Inc
3750 Monroe Ave
Pittsfield, NY   14535

Verizon
PO Box 1100
Albany, NY   12250

Verizon
PO Box 4820
Trenton, NJ   08650

Veroxity Technology Partners
Dept 106020
PO Box 30965
New York, NY   10087

Viaflo
2 Wentworth Drive
Hudson, NH   03051

VWR International
PO Box 640169
Pittsburg, PA   15264

Washington Biotechnology Inc
PO Box 211
Simpsonville, MD   21150

Waste Management
PO Box 13648
Philadelphia, PA   19101

Watrous-Hall, Leilani
41 Sanborn Dr
Nahua, NH 03063

Watson-Marlow Inc
37 Upton Technology Park
Wilmington, MA 01887

WB Mason Co. Inc
PO Box 55840
Boston, MA 02205

Welch Materials Inc
9909 Bluegrass Rd
Potomac, MD 20854

West Pharmaceuticals
PO Box 642477
Pittsburg, PA 15264

Whiteford, Taylor & Preston
Seven Saint Paul Street
Baltimore, MD 21202

Wise, Dale
373 Aiken Ave
Lowell, MA 01850

World Courier Ground
PO Box 64646
Baltimore, MD 21264

World Courier Inc
PO Box 62277
Baltimore, MD 21264

Yailaian, Natercia
8 Harvard Rd
Billerica, MA  01821

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF FORMATECH, INC.

Special Meeting of Formatech, Inc. on August 10, 2011

The Board of Directors of Formatech, Inc. met at this special meeting to discuss the financial affairs of the corporation. After discussion of the distressed financial condition of the corporation and the problems associated with the ongoing audit being performed by the Food and Drug Administration, which has negatively impacted ongoing business operations, a motion was made and seconded to adopt the following:

Whereas, the corporation is faced with the inability to continue normal business operations without immediate resolution of safety issues alleged by the Food and Drug Administration during its current audit;

Whereas, the corporation has considered all the possible options available to solve its current financial crisis;

Be it therefore resolved that this corporation shall file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts; and,

Be it further resolved that Indu S. Javeri is hereby authorized to prepare and/or arrange for the filing of the necessary bankruptcy petition through legal counsel; and

Be it further resolved that Indu S. Javeri by her personal signature may execute any and all necessary documents to bind this corporation with the respect to the filing of this bankruptcy petition and is further authorized to engage the services of any attorney or accountant or both as shall appear necessary to assist in this matter and to reimburse any such persons retained out of the assets of the corporation.

This motion was adopted by a vote of 2 to 0.

There being no further business to come before this meeting, a motion to adjourn was made and seconded and the meeting was adjourned.

Chair _Indu Javeri_

Secretary to the Board of Directors _Indu Javeri_